UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| ALVERTO GADSON PARKER, | ) | |
| | ) | |
| Claimant, | ) | |
| | ) | |
| v. | ) | Case No. CV415-049 |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge's Report and Recommendation advised that Alverto Gadson Parker's complaint seeking judicial review of his Social Security Disability claim be dismissed as untimely. Doc. 8. Parker has since filed over 200 pages of medical records, docs. 11 & 12, but has not shown any error warranting a different disposition under Fed. R. Civ. P. 72(b)(2). Accordingly, Parker's objections are hereby **OVERRULED**, the Magistrate Judge's Report and Recommendation (doc. 8) is **ADOPTED**, and this case is **DISMISSED WITH PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 17th day of August, 2015.

/s/ J. Randal Hall
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA