# United States District Court
## Southern District of Georgia

ALVERTO GADSON PARKER,

    Claimant,

                  v.

SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV415-049

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 17, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, this civil action is DISMISSED with prejudice and stands CLOSED.

August 17, 2015
Date



Scott L. Poff
Clerk

_(signature)_
(By) Deputy Clerk